## Curtis R. Botsford v. The Michigan Central Railroad Company.

This case is held to be ruled by *Fort Wayne, Jackson & Saginaw R. R. Co. v. Gildersleeve, supra, p. 133.*

*Submitted on briefs January 7. Decided January 11.*

Error to Van Buren Circuit.

This was an action to recover damages for injuries sustained by plaintiff in error while in the employ of defendant in error as brakeman and engaged in coupling freight cars. The ground upon which a recovery was sought was, negligence on the part of the company in not furnishing for plaintiff's use safe and properly constructed freight cars. The defect ascribed to the cars is not unsoundness or want of repairs, but the complaint is that one was lower than the others, and that for that reason the chances of injury in

coupling were increased.    The court below directed a ver-
dict for the defendant, and the plaintiff brought error.

*Foster & Beebe,* for plaintiff in error.

*Edwards & Sherwood* and *G. V. N. Lothrop,* for defendant
in error.

THE COURT held that this case is ruled by *Fort Wayne,
Jackson & Saginaw R. R. Co. v. Gildersleeve, supra,* p.
*133.*

Judgment affirmed.